### Ex parte ALBRITTON.   (No. 5165.)

(Court of Criminal Appeals of Texas.   June 2, 1920.)

**Habeas corpus ⊜⇒44—Court of Criminal Appeals will not award writ, where restraint grows out of civil case.**

Where relator violated a restraining order, and was imprisoned for contempt, the Court of Criminal Appeals will not entertain an application for a writ of habeas corpus, for Rev. St. art. 1529, gives the Supreme Court authority to entertain applications for writs of habeas corpus in cases in which the restraint grows out of a civil case.

Original application by W. A. Albritton for writ of habeas corpus.   Application dismissed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J.   This is an original application for writ of habeas corpus. Its disposition has been delayed upon request of counsel for both appellant and state, pending settlement by agreement of a civil suit out of which the injunction, upon the violation of which the contempt was founded, grew.·

A restraining order was issued in this civil suit, requiring the relator to refrain from cultivating certain cotton on his premises pending the disposition of the suit. He was adjudged in contempt of the district court rendering the judgment, and from the restraint under the contempt proceedings relief is sought. The relief will not be granted, for the reason that the Supreme Court is by statute given authority to entertain applications for writs of habeas corpus in cases in which the restraint grows out of a civil case. Revised Statutes, art. 1529. In deference to this statute, and the reasons that impelled the Legislature to enact it as stated, in vari-

ous decisions of this court, it has refrained from granting writs of habeas corpus in cases of contempt growing out of the alleged disobedience of an order entered in a civil case. Ex parte Houston, 219 S. W. 826; Ex parte Alderette, 203 S. W. 764; Ex parte Gregory, 210 S. W. 205.

Following this precedent, the application for writ of habeas corpus is ordered dismissed.

---

### Ex parte ALBRITTON.   (No. 5166.)

(Court of Criminal Appeals of Texas.   June 2, 1920.)

Original application by J. C. Albritton for writ of habeas corpus.   Application dismissed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J.   This is a companion case to Ex parte W. A. Albritton (No. 5165) 222 S. W. 561, this day decided. Without any further discussion, this application will be dismissed, on the reasoning and authorities stated in the opinion in the other case.

The application for habeas corpus is dismissed.